57 A.3d 1136

Ex rel. Vincent MUNDY/CA–0295, Petitioner

v.

COMMONWEALTH of Pennsylvania, C.C.P. of Philadelphia County, Mr. John Kerestes, Super't. S.C.I. Mahanoy, 301 Morea Rd., Frackville, PA. 17932, Respondents.

No. 152 EM 2012.

Supreme Court of Pennsylvania.

Nov. 14, 2012.

## ORDER

PER CURIAM.

AND NOW, this 14th day of November, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**